United States District Court
Southern District of Texas

**ENTERED**

June 12, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TAHINI ROMERO MARZO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. H-26-1398 |
| JOSEPH B EDLOW, *et. al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

On February 20, 2025, Plaintiff filed a complaint against Defendants for alleged violations of the Administrative Procedures Act.[1]

Nothing in the record indicates that any of the Defendants have been served in compliance with the Federal Rules of Civil Procedure. If all defendants are not served within ninety days after the complaint is filed, the Court must: (1) dismiss the action without prejudice; or (2) order service be made within a specified time. Fed. R. Civ. P. 4(m). It has been over ninety days since the complaint was filed. Therefore, the Court finds that Plaintiff must show that they effectuated service by May 21, 2026, as required by Rule 4(m). Accordingly, the Court hereby

---

[1] *Plaintiff's Complaint*, Document No. 1 at 1–12.

**ORDERS** that Plaintiff provide proof that they properly served each Defendant by May 21, 2026, **NO LATER THAN FOURTEEN DAYS FROM THE DATE OF THIS ORDER**. The Court further

**WARNS** that failure to provide proof of service within fourteen days will result in dismissal of the plaintiffs' case without further notice.

SIGNED at Houston, Texas, on this **11** day of June, 2026.

DAVID HITTNER
United States District Judge

2